UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JAVAR J. JOHNSON**                                             **CIVIL ACTION**

**VERSUS**                                                       **NUMBER: 12-2388**

**N. BURL CAIN, WARDEN**                                         **SECTION: "B"(5)**

### ORDER, REASONS AND JUDGMENT

Based upon our reviews of the state court proceedings, petitioner's claims, the Magistrate Judge's Report and Recommendation, petitioner's objections (Record Document Number 15) to same, and applicable law, **IT IS ORDERED** that petitioner' objections are **OVERRULED** and we hereby **ADOPT** the Magistrate Judge's Report and Recommendation (Record Document Number 14) as our opinion and reasons in this case.

Accordingly, **IT IS FURTHERED ORDERED AND ADJUDGED** that the petition for issuance of a writ of *habeas corpus* is hereby **DENIED** and **DISMISSED**.

New Orleans, Louisiana, this 30th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE